Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

FILED
IN CLERKS OFFICE
2023 MAY 30 AM 11: 11

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Jonathan M Jarry – PRO SE
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

State of New Hampshire
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

) Case No. _____
) (to be filled in by the Clerk's Office)
)
) Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jonathan M. Jarry
Street Address: 24 Portchester Dr
City and County: Nashua  Hillsborough
State and Zip Code: NH  03062
Telephone Number: (603) 584-9449
E-mail Address: jonathanmjarry@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Jim Donchess
- Job or Title (if known): Mayor of Nashua
- Street Address: 229 Main Street
- City and County: Nashua
- State and Zip Code: NH 03060
- Telephone Number: (603) 589-3260
- E-mail Address (if known): nashuamayor@nashuanh.gov

Defendant No. 2
- Name: Raymond S. Perry Jr.
- Job or Title (if known): Executive Director - Civil Rights
- Street Address: 2 Chenelle Drive
- City and County: Concord NH Hillsborough
- State and Zip Code: Concord, NH 03301
- Telephone Number: (603) 584-9449 (603) 271-2767
- E-mail Address (if known): Not Listed

Defendant No. 3
- Name: Valerie Sununu
- Job or Title (if known): First Lady of New Hampshire
- Street Address: 107 North Main Street
- City and County: Concord, NH
- State and Zip Code: NH 03301
- Telephone Number: (603) 271-2121
- E-mail Address (if known): governorsununu@nh.gov

Defendant No. 4
- Name: Kevin Rourke
- Job or Title (if known): Chief of Police
- Street Address: 28 Officer James Roche Drive
- City and County: 0 Panther Dr Nashua
- State and Zip Code: Nashua NH 03062
- Telephone Number: (603) 594-3500
- E-mail Address (if known): No Email

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fourteenth Amendment
Thirteenth Amendment
Movie State Clause

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Jonathan M Jarcey, is a citizen of the State of *(name)* New Hampshire.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Neon Pro-Painters LLC, is incorporated under the laws of the State of *(name)* Massachusetts, and has its principal place of business in the State of *(name)* Massachusetts.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* State of New Hampshire, is a citizen of the State of *(name)* New Hampshire. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, (name) **State of New Hampshire**, is incorporated under the laws of the State of (name) **New Hampshire**, and has its principal place of business in the State of (name) _____.

Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 63,000,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Fourteenth Amendment - No state should make or enforce any law which shall abridge the privileges or immunities of citizens of the United States. Body and Health enslaved and illegally used by state authorities to test Pilot program. State authorities is/or are negligent and refuse to admit to malpractice. State Authorities contributed to defamation stating improper claims of incest, and/or pedophelia to police departments. Misinformation led to harassment, welfare checks, loss of business, 13 Amendment - Body functions, suffocation, almost death and body manipulation persistence enslaving person thru carpa program. Movie star clause applies

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$ 63,000,000.00 Due to state induced slavery, health deterioration and absolute refusal to protect civil rights. Consent given by Governors Office / state authorities to harass individual without detention

Here:

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/30/2023

Signature of Plaintiff: *Jonathan M Janky* (signed)

Printed Name of Plaintiff: Jonathan M Janky

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____