UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JONATHAN M. JARRY,<br>　　　Plaintiff,<br><br>v.<br><br>JIM DONCHESS, Mayor, et al.,<br>　　　Defendants. | )<br>)<br>)<br>)<br>) Civil No. 23-11206-LTS<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

**SOROKIN, J.**

For the reasons stated in the Memorandum and Order dated June 21, 2023, this action is dismissed without prejudice pursuant to 28 U.S.C. § 1406(a); § 1915(e)(2)(B).

　　　　　　　　　　　　　　　　　　　ROBERT M. FARRELL
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: 06/21/23　　　　　　　　　　　By /s/ Kellyann Belmont
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk